(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

FILED
MAY 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Guango F. Correa
(Enter above the full name of the plaintiff in this action)

05-282

V.

Sent Judge Robert B Young       False Inprisonment and
                                Criminal Inpersonation
Superior Court                  Bad Record.

_____ A/K/A David E Jones
(Enter above the full name of the defendant(s) in this action   162271 SBI
                                                                08/13/63

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal courts dealing with the
        same facts involved in this action or otherwise relating to your imprisonment?
        YES [ ✓ ]    NO [ ]

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there
        is more than one lawsuit, describe the additional lawsuits on another piece of
        paper, using the same outline).

        1.   Parties to this previous lawsuit

CANT rember back than   Plaintiffs  Guango   Correa

                        Defendants  South Vop. Building Georgetown Del.

2. Court (if federal court, name the district; if state court, name the county)
   District court of Wilmt Co

3. Docket number _____

4. Name of judge to whom case was assigned  Joespen Fran

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   Yes it WAS

6. Approximate date of filing lawsuit  don't Know

7. Approximate date of disposition _____

II.  A.  Is there a prisoner grievance procedure in this institution? Yes [ ] No [✗]

   B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [✓]  They don't care about you.

   C.  If your answer is YES,

      1. What steps did you take?  Nothing

      2. What was the result?  Nothing was say about id.

   D.  If your answer is NO, explain why not _____

   E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✓] No [ ]

   F.  If your answer is YES,

      1. What steps did you take?  But Nothing said to Fils a Law Suit

      2. What was the result? _____

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff _____ N/A _____

    Address _____ N/A _____

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.  Defendant _____ N/A _____ is employed as _____

    _____ at _____

C.  Additional Defendants _____ N/A _____

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Mr DAvid E Sewes 162271 08/13/63 hAve BeeN useding

My NAME his chArger is on my Records THAT CAll CrimiNAl IN persoN.

FAlse IN PrisoN ment. ANd FAlss INformAtion

Superior court KeNT CouNtY Del DouE.

ATTorNey GeNerAl

Sueing For PAiN ANd SuFFeriNg                    -3-     $ 250,000.00
Loss oF my EmpLoyment
PersoN Lift PersoN AL LifE    Sueing THe DepArtment oF CorrectiNAl

V.   Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.)

I WANT MY RECORD FIXED - I WANT COMPENSA
COMPENSATION FOR MY PIAN AND SUFFERIN.
Sue THE STATE oF Delaware For FlASE INPrisonment And
For CIminAl INPerSonATion.

Signed this 28 day of April, 2005

Guanso F, Corren
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

04/28/05                Guanyo F Corred
Date                    (Signature of Plaintiff)

'/s° Correa

(c/)          UNIT MHU 23 L9/ATT

CORRECTIONAL CENTER

CK ROAD

ELAWARE  19977





Clerk US District Court
J Caleb Boggs Federal Building
Lock Box 18
844 N King Street
Wilmington Del 19801

False Impersonment
Ciminal personation
Record is muss-up
TWO People names is