To OFFICE OF THE Clerk

date 6/01/05

From GUANGO CORREA                    CIV. NO-05-282-GMS

SB. 00 180807

            To your ATTEntioN

I repect your Position.

                    miss under stand

I Notice. THAT you have THE wrong Judge NAME ON THis CASE

Civ. No 05-282-GMS FiLim. GUANGO E, COrrEA v PlAintiFF

v RobertA YoungA And DAVid EiJones

            THis Judge here has ViolAtes ProbAtions

THis is why Im im Jail now' But I really did Not ViolAtes ProbAtion

because AT the time I wAS juthe hospTiAL setting Surgery done but I wAS

still VioLAtes my Doctor has Responce back To me. but it is to Late,



THE FirST Judge has did this wAS Judge DupolNT Rigby.




                    thank you For.

                    your Attention

                    Sincerely Guango Correa


By me was I do not Love at this addess

400 Forsest Street Dovrr Del 19901.


I thank that mylt be my Cousing addres.

Please keep me up to date?

I need to know what up on the Harp Corp I File-

God Bless

You,

WILMINGTON DE
PM
2 JUN
2005

Legal Mail
must go out

OFFICE OF THE Clerk

United States District Court

844 N King Street Lock box 18

Wilmington DE 19801 3570

19801-3570

I/M Evaristo Correa _____ UNIT 19 SHU

SBI# 001080**

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA DELAWARE 19977