# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Guango Correa_ SBI#: _180807_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _May 27, 2005_

05-282
FILED
JUN - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _November 1, 2004_ to _April 30, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | 0 |
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |
| March | 0 |
| April | 0 |

Average daily balances/6 months: 0

Attachments
CC: File

_Stacy Shane_
5/27/05

_Brian Engrem_

# Individual Statement

Date Printed: 5/26/2005

Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | |
|---|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | | F | $0.00 | | |
| Current Location: | SU/1 | | | Comments: QOL3 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 3/21/2005 | $0.00 | $0.00 | ($0.32) | $0.00 | 83523 | | DST/POSTAGE | |

Ending Mth Balance: $0.00

# Individual Statement

Date Printed: 5/26/2005

Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | |

Current Location: SU/1

Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 4/12/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 93217 | | | |

Ending Mth Balance: $0.00

## Individual Statement - No Transactions This Month

Date Printed: 5/26/2005 | Page 1 of 1

### For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | |
| **Current Location:** | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |

# Individual Statement - No Transactions This Month

Date Printed: 5/26/2005      Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | |
| **Current Location:** | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

## Individual Statement - No Transactions This Month

Date Printed: 5/26/2005                                                                                           Page 1 of 1

### For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | |
| **Current Location:** | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

## Individual Statement - No Transactions This Month

Date Printed: 5/26/2005                                                                 Page 1 of 1

### For Month of November 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

I/M Buango Correa
SBI# 00186161   UNIT 18 SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
United States District Court
844 N King Street Lockbox 18
Wilmington DEL 19801-3570

Ledoys moved
moved go out

19801-3570