FILED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To U.S. District Court
Date
From Guango Correa
SBI 00180807

Correa v Young et al
105-cv-282 GMS

Re: Notice to your attention that I'm no longer at the Department of Correctional Center in 1181 Paddock Road. Smyrna, DE 19977

FILED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I have been trasf to Sussex County to Sussex County Department of Correctional.

I will appreciate if you could resend another copy of the copy you sent to me. Somehow the property has lost the paper you sent to me. The one where about the Law Suit. How you has put it together.

thank and appreciate your attention.
Guango Correa
00180807

The New Address is

19a

Correa V Yougs et al
cv 282 case

I/M: Guango Correa   BLDG: Medi.
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500  18001
GEORGETOWN, DELAWARE 19947

OFFICE OF THE CLERK
United States District Court
Lockbox 18  844 King Street
U.S. Court House
Wilmington Del, 19801

Please Respond Back. Did you get the police paper?

Look at the top that where I'm at