05cv282

## SUPERIOR COURT
### OF THE
### STATE OF DELAWARE

E. SCOTT BRADLEY
JUDGE

P.O. BOX 746
COURTHOUSE
GEORGETOWN, DE 19947

November 24, 2003

Guango F. Correa
SBI# 00180802
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



Re:   Def. ID# 0204015491

Dear Mr. Correa:

    I received the following from you: (1) Letter dated October 9, 2003; (2) Motion for Postconviction Relief; (3) Motion for Sentence Modification; and (4) Petition for Expungement of Criminal Record. I will consider each document in the order above.

    1. In your letter dated October 9, 2003, you claim that David E. Jones was using your name. Our records indicate that you have an a/k/a of David Jones on case number 0204015491. However, our computer has your correct date of birth and address as listed in your letter, Guango Correa, 110 Cherry Drive, Magnolia, Delaware 19962, date of birth March 4, 1965. The address and date of birth of David E. Jones is also accurate in our computer for his case. The confusion is that when you file documents you continue to file them as: Guango F. Correa a/k/a/ David E. Jones. Since you continue to file documents listing both names, copies go into both your file and David Jones' file. Regarding your request to remove charges that do not belong to you, you must contact the State Bureau of Identification, P.O. Box 430, Dover, Delaware 19903. The State Bureau of Identification is the agency responsible for identification.

Ex. I

2. You filed your first motion for postconviction relief on May 23, 2003. I denied your first motion for postconviction relief on October 3, 2003. You filed your second motion for postconviction relief on October 27, 2003. Your second motion for postconviction relief is denied because all of the grounds that you raised in it could have been raised in your first motion for postconviction relief.[1]

3. You filed a Motion for Sentence Modification on October 27, 2003. As I stated in my letter to you dated October 3, 2003, you are **not** being held on a sentence from this Court. You are serving a 24 month sentence from Family Court in and for Kent County. Therefore, your request for a sentence modification is moot.

4. You filed a Petition for Expungement of Criminal Record on October 27, 2003 (C.A. No. 03X-10-005-ESB). The Court will not entertain a Petition for Expungement of Criminal Record until you can provide proof that you have initiated an investigation regarding identification with the State Bureau of Identification and that investigation has been completed. Upon the conclusion of such investigation, you may file a Petition for Expungement of Criminal Record so long as you provide the Court with documentation from the State Bureau of Identification with your petition.

You continue to file duplicate applications before this Court and you have been advised that Superior Court has no jurisdiction over a Family Court sentence. You merely repackage that which has been previously denied by filing under the various rules of the Court. These repetitive filings are redundant and will no longer be considered by the Court.

IT IS SO ORDERED.

Very truly yours,

E. Scott Bradley

ESB:tll

cc: Prothonotary's Office (Def. ID# 0204015491)
     Prothonotary's Office (03X-10-005-ESB)

---

[1] Super. Ct. Crim. R. 61(i)(2).

2

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 07/01/05 day of 07/01/05, 2005.

_[signature]_ (Signature of Plaintiff 1)

_[signature]_ (Signature of Plaintiff 2)

_[signature]_ (Signature of Plaintiff 3)

I/M: Quayo Carrea   BLDG: MSB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500 (80/6)
GEORGETOWN, DELAWARE 19947

Same Copy

U.S. POSTAGE PB 2230370
$00.370 JUL 15 05
19947

Jorge Gregory sled
Clear of the state District Court
844 N King Street lookbox 18
Wilmington De 19801