To Clerk of the Court District.
Date 08/02/05
From Buanyo Correa
SBI 00180807-

Re: I Respect your Position

This is Buanyo Correa the Plaintiff in this Civ Action in the States District Court. In responding to this order. To pursuant Civ. No 05-282-GMS, Plaintiff Guanyo F Correa

vs

Robert A Young, And David E Jones.

FILED
AUG - 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-282 GMS
5563

This is a very confusing difficult situation on action. First This is A Judge Robert A Youngs from Superior Court out of State of Kent County. Question number II David E does is my cousins Has the one of the Alpha on my criminal records this judge here Robert A Young has Violation Probation on this Account on the Criminal Record is missing this is why I am in jail now and on Violation of Probation.

And I state was ising from the 18way officer to respond bail with the two form of this state was that were 285 Forms so I can complete them and sent it back to you complete by Buanyo Correa. I will be filing the form.

But if there a question if you have a sentence 4 24 month and incarceraite and one year level 3 Probation. But the State of Delaware have now a judge for the Superior Court Judge Robert A Young he has resentence one year incarceraite to 16-18 month Probation But this is if a charge of carry O 3 year Bond I got 24 month end incarceraite. And I spend of New Probation.

My Question over someone's some one now the Department of Correction. Dec has Transferred to Sussex Correction now Sussex Correction now transferred back to the Department of Correction in this case. This will be a delay Process to do any kind of legal work.

Some How your Computer has made A erro on your paper work about The SIX case in your court with my name on them. The only one Should be in your Computer up To date is the Law suit Against The Vop in Sussex County THAT is the only one you Should have As of Friday!!!

once Again it was in the hospital getting ready to get surgery done on my right leg, But I cont get the surgery done Because the state probation office have Violet my Probation! Now if you Pull my sentence ing SHEET, you will see I did The 24 month Incarcerate After The 24 month Sentencing was Completed Followed by one year Level 3 Probation) That was the Sentencing order from Superior Court under Criminal Docket number: 0020501 3182 I K0205078261 Robbery 1st NO LP 11/19/02    002 0205013182 IK02050782R'2 Assault 2nd 18 11/19/02    VK0205 07826L VIOL/Probation VF 04/28/2005 If you see that the Sentencing carried- A 0-3 year but I like the said I did 24month Incarcerate. THAT Level A TATE! one year Level 3, Incarcerate with out Probation to Follow by.

You Know THAT Project Package THAT you Sent to me asked You put Together on THE south Vop Building in Georgetown Del. For the properties property % lines east it all my Paper work Zavill Appocate, if like I Could gave in extradition of Time So I can complete The Rest of the Process- As soon As I can get This Form I will send it to you I'm Just waiting For them to come by mail see we have to Send it by mail And wait it to come by mail

by the way if 4 Death say one work I cant even go to them my Appeal is in the Hospital 600 Dash Bed Doctor Said she can go on/The Now



To many of my People in my family are dieing then are close to me I cant even so

THIS IS A Rough Time For me, its Praying time

you Better get Right with Christ?

