OS SCAN
RECEIVED
SEP -9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05cv503, 05cv282
JJF          GMS

I sent this rest when I can get a stamp

To Office of the Clerk of the United States District Court
date 09/04/05
From Guango Fitzgerald Correa         Civ No 05-503 JJF
SBI 00180807                          Joseph Farnan Jr.

Re: I Respect your position and your Hospitality numerous of question need to be Answer. I have written to Letter to your Court Asking the Court For A Extention of Time to Complete the Property Pocessing. In your court. ① I Need A up to date on those case number in your court,, 102cv-01629-JJF, Correa v Delaware correction 11/14/02 uptodate on that one). ② 103-cv-00897-JJF. Correa v. Carroll, et al 09/23/03 uptodate on that one what is this is about? 104-cv-0053-JJF Correa v Attorney General, et al 01/23/04) And Need to Find out what this is About Also, 104-cv-01353 JJF Correa v Carroll, et al 10/13/04 105cv 00282 GMS Correa v Young et al 05/10/05 I know what this is here ⟶ ↗ ↗ ↗ ↗ ↗ ↗ ↗ ↗ ↗ 
105-mc 0034-UNA, in Re Guango F. Correa 02/24/05
I Need and uptodate on All of Above. in Find out why did this Had this way!) on this case Civ. No 05-503-JJF. your court his dismiss Because I did not have the Right Form to Complet the Property Pocessing at that Time, But Now Correa does Have All the Right Property Pocessing To Complete the Legal Form in your Court. on this case of civ no 05-503 JJF, To proceed in Forma Pauperis And a Certified copy of his Prison trust fund Account statement or institutional equivalent For the six-month Period, I have All this legal Information in Front of me, Now,

I WAS Tranferr from the Department of Correctional Center to Sussex Correctianl. institutional to stop me from doing Legal work. even stop my mail from coming and. But now I'm back at the Department of Correctianl Center, at. 1181 Paddock Road Smyrna, Delaware 19977 unto 3/24/06, may out date. I need to get this case reopen, now I have this right property that you Request id. I can not send every thing ons time.

I have a question Need to Find out. if you came from another state And want to Tranferr Record From

if you From Arizona State. And the Superior court wanted to get Tranferr From that State to the Superior court, upstate or downstate or to the United States District Court. What is the Right Pocessing in Filling the Right Free Form. In This Legal Information.

I have a celles want to know is there a form need to bo Complete. To get one File From other Stats.

Thank you for Attention

AFFIDAVIT IN SUPPORT OF APPLICATION TO
PROCEED *IN FORMA PAUPERIS**

I, George Costra, being first duly sworn, depose and say that I am the _Cnze_ in the above-captioned case; in support of my motion to proceed without paying Court fees and costs, or give security therefore, state:

My date of birth is: __/__/65

My current address is: Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Because of my financial situation, I am unable to pay the costs of this proceeding or give security therefore. In support of that statement, I supply the following information:

1. Nature of claim or defense is:



2. Presently employed?    Yes ____   No ✓

3. If Yes, state:

   (a) Name and address of employer:

   N/A

   (b) How often paid:

   N/A

   (c) Take home pay per pay period:

---

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

4. If *No*, state:

    (a) Name and address of last employer: N/A

    (b) Date of last employment: N/A

5. State whether you have received any income (dividends, rent, savings interest, etc.), gifts, such as stocks, bonds or cash, from any source in the last twelve months.

    Yes _____ No ✓

6. If *Yes*, state:

    (a) Amount of income or gift, or its value:

    (b) When received: N/A

    (c) From whom or what received: N/A

    (d) Whether regular or one time: N/A

7. List all property owned, whether held in your name alone or jointly with anyone else:

    (a) Real estate: N/A

    (b) Personal property (stocks, bonds, bank accounts, vehicles): N/A

\* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(c) Name and address of and relationship to any joint owner, designating which property is jointly owned and name of joint owner: *N/A*

8. If you have a spouse, state: *N/A*

    (a) Amount of any income received: *N/A*

    (b) Source *N/A*

    (c) Frequency income is received: *N/A*

9. If a prisoner, attach Department of Correction certified statement of your inmate account. The summary of your inmate account shall contain all account activity for the 6-month period immediately preceding the filing of the complaint, or for the entire time you have been incarcerated, whichever time is less.

10. If a prisoner, provide the following requested information.

    (a) At any time while incarcerated or detained at any facility, have you previously brought an action or an appeal in a federal court or in any court of this State?

    (b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s) or appeal number(s) for each case.

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(c) If the answer to (a) above was yes, state the outcome of each action or appeal.

11. If you are a prisoner <u>and</u> your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure. If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies.

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process.

12. If not listed above, state:

(a) Amount of any cash held (whether or not in a bank)

(b) Bank accounts, listing bank, account number(s) and current balance(s).

*N/A*

13. Itemize debts and regular monthly expenses:

*N/A*

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

14. List names and addresses of any dependents:

I, _____[signature]_____, swear or affirm that the above-information is true and correct and is made under penalty of perjury.

DATED: __09/7/05_____

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this ____9/7/05____ day of __2005_____, _____.

_____
Title

Revised 7.17.03

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

I/M Guarin Curca
SBI# 00188007   UNIT MHU22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.60 SEP 07 2005
MAILED FROM ZIP CODE 19977

Office of the Clerk
United States District Court
844 N King Street Lockbox 18
Wilm, Del. 19801

U.S.M.S
X-RAY