OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 9, 2005

TO: Guango F. Correa
SBI #180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE: Response to your Letter dated 9/4/05, Citing Multiple Civil Action Numbers (noted below)*

Dear Mr. Correa:

This office received a letter from you requesting the status of your cases along with various requests for information.

Please note that in order for your papers to be accepted for filing they should be in the form of either a pleading or motion pursuant to Federal Rule Civil Procedure 7 and <u>must</u> reflect service on defendants' counsel, when applicable. Consequently, the Court will not act on your letter request, as presented without proof of service. Each separate pleading should pertain to one specific civil action (case), and indicate the case number and caption at the top of the first page. A certificate of service should be attached to the back of each pleading.

In order to have correspondence from the Court and from Defendant's counsel mailed to you, both must have your correct mailing address. In the future, please notify both the Clerk's Office and defendant's counsel of any changes in your address.

Be advised that this office is unable to render legal advice and therefore we are unable to provide guidance regarding transfer of cases or other general procedures pertaining to other Courts.

For your convenience and information, enclosed is a copy of the Court's docket sheet for each case which includes your name. You will be able to see the status of each case and note which documents have been filed to date.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/rbe                                 PETER T. DALLEO
                                      CLERK

cc: The Honorable Gregory M. Sleet, CA 05-282 GMS (PENDING)
    The Honorable Joseph J. Farnan, Jr.,
        CA 05-503  JJF (PENDING)
        MC 05-34   JJF (CLOSED)
        CA 04-1353 JJF (CLOSED)
        CA 04-53   JJF (CLOSED)
        CA 03-897  JJF (CLOSED)
        CA 02-1629 JJF (CLOSED)
        CA 02-445  JJF (CLOSED)

enc. Docket Sheets

Case 1:05-cv-00282-GMS    Document 11    Filed 09/09/2005    Page 3 of 5

RECEIVED SEP -9 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

05cv503 JJF, 05cv282 GMS

I sent the rest when I can get a stamp

To Office of the Clerk of the United States District Court
date 09/04/05
From Guango Fitzgerald Correa    Civ No 05-503 JJF
SBI 00180807    Joseph Farnan Jr.
Re: I Respect your position and your Hospitality
Numerous of question need to be answer. I have written to letter to your court asking this court for a extention of time to complete the property pocessing in your court. ① I need a uptodate on those case number in your court, , 1:02cv-01629-JJF. Correa v Delaware correction 11/14/02 uptodate on that one). ② 1:03-CV-00897-JJF. Correa v. Carroll, et al 04/23/03 uptodate on that one. What is this is about? 1:04-cv-00053-JJF Correa v Attorney General, et al 01/23/04) And need to find out what this is about also, 1:04-CV-01353 JJF Correa v Carroll, et al 10/13/04 1:05 CV 00282 GMS Correa v Young, et al 05/10/05 I know what this is here ⟶ ⟶ ⟶ ⟶ ⟶ ⟶ ⟶ ⟶ ⟶ ⟶ ⟶
1:05-mc 0034-UNA, F.N. Re Guango F. Correa 02/24/05
I need and uptdate on all of above in find out why did this had this way.) on this case Civ. No 05-503-JJF. your court his dismiss Because I did not have the right form to complet the property pocessing at that time, But now Correa does have all the Right Property Pocessing to complete the Legal form in your court. on this case of Civ No 05-503 JJF, to proceed in forma pauperis. And a certified copy of his prison trust fund account statement or institutional equivalent for the six-month period. I have all this legal information in front of me, now.

I was tranferr from the Department of Correctional Center to Sussex Correctianl. institutional to stop me from doing Legal work. even stop my mail from comming and. But now I'm back at the Department of Correctiani Center, at. 1181 Paddock Road Smyrna, Delaware 19977 until 3/26/06, may not date. I need to get this case reopen; now I have this right property that you Request id. I can not send every thing one time.

I have a question need to find out if you came from another State and want to tranfree record from

If you from Arizona State. And the Superior Court wanted to get Tranferr From that state to the Superior court, upstate or downstate or to the United States District Court. what is the right Pocessing in filling the right Fro Form. In this Legal Information.

        I have a celles want to know is there a form need to Bo complete. To get one File from other State.

        For
        thank your attention

I/M Ovany Garcia
SBI# 00186007   UNIT MHU22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.60 SEP 07 2005
MAILED FROM ZIP CODE 19977

U.S.M.S
X-RAY

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilm. Del. 19901