IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUANGO F. CORREA. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-282-GMS |
| | ) | |
| JUDGE ROBERT B. YOUNG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

WHEREAS, plaintiff Guango F. Correa ("Correa") filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on August 2, 2005, this Court entered an order granting leave to proceed *in forma pauperis* and requiring Correa to complete and return an authorization form (D.I. 8);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Correa;

THEREFORE, at Wilmington this 12th day of December, 2005, IT IS HEREBY ORDERED that Correa's complaint is DISMISSED WITHOUT PREJUDICE.  Plaintiff Guango F. Correa is not required to pay any previously assessed fees or the $250.00 filing fee.

United States District Judge